FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

JUN 10 2019

MITCHELL R. ELFERS
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 18-2756 RB |
| ) | |
| vs. ) | |
| ) | |
| **BRENDA ROMERO, et al.,** ) | |
| ) | |
| Defendants. ) | |

## ORDER

THIS MATTER is before the Court on the second unopposed motion of the United States for an extension of the deadline for the government's expert notice disclosures. The Court FINDS that the motion is well taken and should be granted;

IT IS THEREFORE ORDERED that the deadline for the government's expert notice disclosures is extended until July 8, 2019.

_____
ROBERT C. BRACK
Senior United States District Judge